UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| NICHOLAS ALLEN OVERBAY, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | No.: 2:14-cv-229 |
| v. ) | *Greer/Inman* |
| ) | |
| DAVID SEXTON, Warden, ) | |
| ) | |
| *Respondent*. ) | |

## MEMORANDUM AND ORDER

The Clerk is hereby **DIRECTED** to serve copies of this *pro se* prisoner's petition for a writ of habeas corpus, 28 U.S.C. § 2254, and this Memorandum and Order upon the respondent and the Attorney General for The State of Tennessee.

Since it does not plainly appear from the face of the petition that it should be summarily dismissed, the respondent is hereby **ORDERED** to answer or otherwise respond to the petition within thirty (30) days from the date of this Order. Rule 4, Rules Governing Section 2254 Cases. The respondent should specifically address whether the petition was timely filed and whether the petitioner has exhausted his available state court remedies. 28 U.S.C. §§ 2244(d), 2254(b).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE